HERBERT L. ANDERSON, APPELLANT, VS. ACHILLE LAURANT, APPELLEE.

1. Where necessary and indispensable parties are omitted from an entry of appeal and have not appeared in the Supreme Court, that court will dismiss the appeal.

Appeal from the Circuit Court of Citrus County.

The facts in the case are stated in the opinion of the court.

*H. L. Anderson,* for Appellant;

*Jno. G. Reardon,* for Appellee.

PER CURIAM.

This cause being reached in its regular order for final adjudication, was referred by the court to two of its commissioners, Mess. Maxwell and Glen, for investigation, who report that because of the absence of necessary and indispensable parties, the appeal ought to be dismissed, and it appearing to the court that Carl Thalheim and Florence C. Thalhein were parties to the cause in the court below, and are necessary parties to this appeal, and that they have not been made such parties, and have not appeared in this court, it is, therefore, considered and adjudged that this appeal be, and the same is, dismissed, and that appellant pay the cost of these proceedings.